B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maniscalo, Guy Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3590** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13021 Rolling Meadows Drive**<br>**Lemont, IL**<br>ZIP Code **60439** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Maniscalo, Guy Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Maniscalo, Guy Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Guy Maniscalo, Jr.**
_____
Signature of Debtor  **Guy Maniscalo, Jr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 22, 2010**
_____
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
_____
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
_____
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
_____
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**
_____
Address

**(312) 427-1558  Fax: (312) 427-1289**
_____
Telephone Number

**September 22, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Guy Maniscalco, Jr.                               Case No. _____

                               Debtor(s)          Chapter     7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Guy Maniscalo, Jr.
                              Guy Maniscalo, Jr.

Date:   September 22, 2010

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Guy Maniscalo, Jr.**                                          ,    Case No. _____

                                         Debtor                           Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 409,500.00 | | |
| B - Personal Property | Yes | 4 | 37,491.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 506,082.09 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 180,291.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 2,549,550.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,497.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,073.24 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 446,991.05 | | |
| Total Liabilities | | | | 3,235,923.70 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Guy Maniscalo, Jr.**                                                                    ,    Case No. _____

                                                         Debtor

                                                                                        Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Guy Maniscalo, Jr.**                          ,       Case No. _____
                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home** | **Fee simple** | **J** | **409,500.00** | **483,777.31** |

|  |  |  |
|---|---|---|
| Sub-Total > | **409,500.00** | (Total of this page) |
| Total > | **409,500.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Guy Maniscalo, Jr.** , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Republic Bank Checking Account ending 3820 (corporate account - authorized signer)** | - | 0.00 |
| | | **Chase Certificate of Deposit ending 3002** | - | 125.29 |
| | | **Chase Checking Account ending 2219 (joint with wife)** | J | 25.41 |
| | | **Chase Checking Account ending 9754 (joint with wife)** | J | 1,312.32 |
| | | **Chase Savings Account ending 3146 (joint with wife)** | J | 13.14 |
| | | **Wayne Hummer Investments Brokerage Account ending 5950** | - | 1,319.91 |
| | | **Parkway Bank and Trust Corporate Checking Account ending 4164 (Debtor authorized signer)** | - | 0.00 |
| | | **MB Financial Checking Account ending 3081** | - | 2,413.24 |
| | | **Chase Savings Account ending 4393** | - | 0.17 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 TVs, Couch, Chair, Entertainment Center, Pool, 2 End Tables, Kitchen Table & Chairs, 2 Buffets, Bed, 2 Night Stands, 2 Vanity Dressers, Desk, 2 Laptops, Printer, Curio Cabinet, Bunk Beds, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property** | J | 1,737.50 |

Sub-Total > 6,946.98
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary Wearing Apparel** | - | 1,500.00 |
| 7. Furs and jewelry. | | **Wedding Band, Chain and Cross, Ring** | - | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **State Farm Life Insurance Policy No LF-XXXX-8750** | - | 4,655.77 |
| | | **Farmers Life Insurance Policy No. 00XXXX718U** | - | 98.73 |
| | | **State Farm Term Life Insurance Policy No. LF-XXXX-4244** | - | 0.00 |
| | | **State Farm Universal Life Policy ending 1917** | - | 117.46 |
| | | **State Farm Universal Life Policy ending 6735** | - | 2,901.11 |
| | | **Farmers Term Life Insurance Policy ending 3868** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **T.Y.A.B.I. Company (f/k/a Tom Young Auto Body, Inc.) - 50% Shareholder** | - | 0.00 |
| | | **Avondale/Orsahl Auto Body, Inc. - 50% Shareholder** | - | 0.00 |
| | | **GP Automotive, Inc. - Incorporator; no shares issued** | - | 0.00 |

Sub-Total >    9,523.07
(Total of this page)

Sheet _1_ of _3_ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** _____,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% Partnership Interest in DPG Partnership** | - | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                                                     ,   Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Saturn SCI Coupe** | - | **700.00** |
| | | **2007 Toyota Rav 4** | - | **9,500.00** |
| | | **2009 Honda Civic** | - | **10,721.00** |
| | | **1990 Buick Regal Custom** | - | **100.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 21,021.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 37,491.05 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Guy Maniscalo, Jr.**                                                              ,    Case No. _____
                                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home** | **735 ILCS 5/12-901** | **15,000.00** | **409,500.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Certificate of Deposit ending 3002** | **735 ILCS 5/12-1001(b)** | **107.89** | **125.29** |
| **Chase Checking Account ending 9754 (joint with wife)** | **735 ILCS 5/12-1001(b)** | **1,312.32** | **2,624.63** |
| **Wayne Hummer Investments Brokerage Account ending 5950** | **735 ILCS 5/12-1001(b)** | **1,319.91** | **1,319.91** |
| **MB Financial Checking Account ending 3081** | **735 ILCS 5/12-803, 740 ILCS 170/4** | **85%** | **2,413.24** |
| **Household Goods and Furnishings** | | | |
| **2 TVs, Couch, Chair, Entertainment Center, Pool, 2 End Tables, Kitchen Table & Chairs, 2 Buffets, Bed, 2 Night Stands, 2 Vanity Dressers, Desk, 2 Laptops, Printer, Curio Cabinet, Bunk Beds, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property** | **735 ILCS 5/12-1001(b)** | **342.27** | **3,475.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Interests in Insurance Policies** | | | |
| **State Farm Life Insurance Policy No LF-XXXX-8750** | **735 ILCS 5/12-1001(f)** | **100%** | **4,655.77** |
| **Farmers Life Insurance Policy No. 00XXXX718U** | **735 ILCS 5/12-1001(f)** | **100%** | **98.73** |
| **State Farm Universal Life Policy ending 1917** | **735 ILCS 5/12-1001(f)** | **100%** | **117.46** |
| **State Farm Universal Life Policy ending 6735** | **735 ILCS 5/12-1001(f)** | **100%** | **2,901.11** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Toyota Rav 4** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **9,500.00** |
| | **735 ILCS 5/12-1001(b)** | **917.61** | |
| | | Total: **32,724.32** | **438,231.14** |

___0___    continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Guy Maniscalco, Jr.**                                                    Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0918** | | | **2009** | | | | | |
| **American Honda Finance Corporation** PO Box 168088 Irving, TX 75016 | | - | **Retail Installment Contract - Motor Vehicle** **2009 Honda Civic** | | | | | |
| | | | Value $              **10,721.00** | | | | **16,122.39** | **5,401.39** |
| Account No. **xxxxx2302** | | | **2009** | | | | | |
| **Bank of America Home Loans** **Attn:  Customer Service** P.O. Box 5170 Simi Valley, CA 93062-5170 | | - | **Mortgage** **13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home** | | | | | |
| | | | Value $            **409,500.00** | | | | **317,165.73** | **0.00** |
| Account No. **xxxxxxxxx2907** | | | **2007** | | | | | |
| **Chase** **ATTN: Home Equity Loan Servicing** P.O. Box 24714 Columbus, OH 43224 | X | J | **Mortgage** **13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home** | | | | | |
| | | | Value $            **409,500.00** | | | | **166,611.58** | **74,277.31** |
| Account No. **4456** | | | **2007** | | | | | |
| **Fifth Third Bank** PO Box 630778 Cincinnati, OH 45263-0778 | | - | **Retail Installment Contract - Motor Vehicle** **2007 Toyota Rav 4** | | | | | |
| | | | Value $              **9,500.00** | | | | **6,182.39** | **0.00** |
| **0**   continuation sheets attached | | | Subtotal (Total of this page) | | | | 506,082.09 | 79,678.70 |
| | | | Total (Report on Summary of Schedules) | | | | 506,082.09 | 79,678.70 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **Guy Maniscalo, Jr.**                                                                   Case No. _____
                                                                                          ,
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                              **2**   ___ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Guy Maniscalo, Jr.**                                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx1314**  Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | - | | 2010 and prior years  Taxes | | | | 28,955.12 | Unknown | Unknown |
| Account No. **xx-xxx5937**  Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | - | | 2010 and prior years  Taxes | | | | 138,608.17 | Unknown | Unknown |
| Account No. **xx-xxx1314**  Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | - | | 2009  Taxes | | | | 12,728.00 | Unknown | Unknown |
| Account No.  Internal Revenue Service Associated Area Counsel, SB/SE 200 West Adams Street Suite 2300 Chicago, IL 60606-5208 | | | Representing: Internal Revenue Service | | | | Notice Only | | |
| Account No. **xx-xxx5937**  Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | - | | 2010 and prior years  Taxes | | | | Unknown | Unknown | Unknown |

Sheet  _1_  of  _2_  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 180,291.29 | 0.00  0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re  **Guy Maniscalo, Jr.** _____,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Internal Revenue Service Associated Area Counsel, SB/SE 200 West Adams Street Suite 2300 Chicago, IL 60606-5208** | | | **Representing: Internal Revenue Service** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 180,291.29 | 0.00 / 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Guy Maniscalo, Jr.**                                                                 Case No. _____
                                            ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxx xxxx753-0 <br><br> **Accident Fund Insurance Comp.** <br> **232 S. Capital Avenue** <br> **PO Box 40790** <br> **Lansing, MI 48901-7990** | - | | | | **2010** <br> **Corporate Debt** | X | X | X | **1,608.54** |
| Account No. <br><br> **Receivable Management Services** <br> **1250 E. Diehl Road, Suite 300** <br> **Naperville, IL 60563** | | | | | **Representing:** <br> **Accident Fund Insurance Comp.** | | | | **Notice Only** |
| Account No. xxxxxxxxxx1994 <br><br> **ADT Security Services, Inc.** <br> **14200 E Exposition Avenue** <br> **Aurora, CO 80012-2540** | - | | | | **2010 and prior years** <br> **Corporate Debt** | X | X | X | **1,580.43** |
| Account No. <br><br> **ADT Security Services, Inc.** <br> **PO Box 371967** <br> **Pittsburgh, PA 15250** | | | | | **Representing:** <br> **ADT Security Services, Inc.** | | | | **Notice Only** |

__26__  continuation sheets attached

Subtotal
(Total of this page)        **3,188.97**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **562** <br><br> **Advanced Financial Services** <br> **168 East Lake Street** <br> **Elmhurst, IL 60126** | - | | 2010 <br> Corporate Debt | X | X | X | 825.00 |
| Account No. **xxxxx xxx x4570** <br><br> **AdvanceMe, Inc.** <br> **2015 Vaughn Road, Bldg. 500** <br> **Kennesaw, GA 30144** | - | | 2010 and prior years <br> Guaranty of Corporate Debt | X | X | X | 66,474.74 |
| Account No. **xxxxx0997** <br><br> **Advocate Good Samaritan Hospital** <br> **Patient Billing** <br> **3815 Highland Avenue** <br> **Downers Grove, IL 60515** | - | | 2009 <br> Services | | | | 221.38 |
| Account No. **9417** <br><br> **Al Piemonte Ford Sales, Inc.** <br> **2500 North Avenue** <br> **Melrose Park, IL 60160** | - | | 2010 <br> Corporate Debt | X | X | X | 5,355.33 |
| Account No. **xxxx-xxxxxx-x2000** <br><br> **American Express** <br> **PO Box 981535** <br> **El Paso, TX 79998-1535** | - | | 2010 and prior years <br> Periodic Purchases | | | | 7,030.19 |

Sheet no. __1__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,906.64

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                                          ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **14392702** <br><br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | | Representing: <br> American Express | | | | **Notice Only** |
| Account No. <br><br> **Aquatic Affects** <br> **660 Greenview Lane** <br> **Wheeling, IL 60090** | - | | 2009 <br> Corporate Debt | X | X | X | **774.00** |
| Account No. <br><br> **Aquatic Effects** <br> **PO Box 6291** <br> **Buffalo Grove, IL 60089** | | | Representing: <br> Aquatic Affects | | | | **Notice Only** |
| Account No. <br><br> **Law Office of Howard Weisman** <br> **12 South State Street, Suite 200** <br> **Chicago, IL 60603** | | | Representing: <br> Aquatic Affects | | | | **Notice Only** |
| Account No. **xxx-xxxxxx7-001** <br><br> **Arrow Capital Corporation** <br> **1720 Crete Street, Suite A** <br> **Moberly, MO 65270** | - | | 2010 <br> Guaranty of Corporate Lease | X | X | X | **1,314.54** |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,088.54**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Guy Maniscalo, Jr.**                                                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Arrow Capital Corporation** 1720 Crete Street, Suite A Moberly, MO 65270 | | | Representing: Arrow Capital Corporation | | | | Notice Only |
| Account No. **xxxxxxxxx9869** **AT&T** PO Box 8212 Aurora, IL 60572-8212 | - | | 2009 and prior years Corporate Debt | X | X | X | 6,751.25 |
| Account No. **ER Solutions, Inc.** 800 SW 39th Street PO Box 9004 Renton, WA 98057 | | | Representing: AT&T | | | | Notice Only |
| Account No. **xx9881** **Athletico** 709 Enterprise Drive Oak Brook, IL 60523 | - | | 2010 Services | | | | 544.28 |
| Account No. **1609P-0000139881** **Transworld Systems Inc.** 1375 East Woodfield Road #110 Schaumburg, IL 60173 | | | Representing: Athletico | | | | Notice Only |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 7,295.53 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-2104** <br><br> **Audatex** <br> **4215 Solutions Center** <br> **Chicago, IL 60677** | - | | 2010 <br> Corporate Debt | X | X | X | 547.82 |
| Account No. **x2205** <br><br> **Auto Glass Master/Trim** <br> **4520 N. Elston Ave.** <br> **Chicago, IL 60630** | - | | 2009 <br> Corporate Debt | X | X | X | 3,022.52 |
| Account No. **xxxxxx7674** <br><br> **Auto-Wares Group of Companies** <br> **440 Kirtland S.W.** <br> **Grand Rapids, MI 49507** | - | | 2010 and prior year <br> Corporate Debt | X | X | X | 2,567.04 |
| Account No. <br><br> **Lazer Auto Parts** <br> **704 N. Addison Road** <br> **Villa Park, IL 60181** | | | Representing: <br> **Auto-Wares Group of Companies** | | | | Notice Only |
| Account No. **xxxx7674** <br><br> **Automart International, Inc.** <br> **1200C. N. Greenbriar Drive** <br> **Addison, IL 60101** | - | | 2010 <br> Corporate Debt | X | X | X | 26,272.60 |

Sheet no. __4__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,409.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                                     ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5435**<br><br>**Bacher Computer Solutions**<br>**PO Box 6155**<br>**Wauconda, IL 60084** | - | | 2009 and prior years<br>Guaranty of Corporate Lease | X | X | X | 4,148.81 |
| Account No. **xxxx-xxxx-xxxx-7151**<br><br>**Bank of America**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | - | | 2009 and prior years<br>Periodic Purchases, Cash Advances and Balance Transfers | | | | 7,669.06 |
| Account No.<br><br>**Barr Management**<br>**6408 North Western Avenue**<br>**Chicago, IL 60645** | | | 2010<br>Corporate Debt | X | X | X | 52.00 |
| Account No.<br><br>**BASF Capital Corporation**<br>**100 Campus Drive**<br>**Florham Park, NJ 07932** | - | | Corporate Contract | X | X | X | 0.00 |
| Account No. **x0859**<br><br>**Bill Jacobs Joliet, LLC**<br>**2001 W. Jefferson St**<br>**Joliet, IL 60435** | - | | 2010<br>Corporate Debt | X | X | X | 8,411.37 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,281.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                      ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0028** <br><br> **Bob Rohrman Toyota Scion** <br> **550 E Ogden Avenue** <br> **Westmont, IL 60559** | - | | **2010** <br> **Corporate Debt** | X | X | X | 5,468.70 |
| Account No. **AV81, TY02, xxx DP81** <br><br> **Callero & Callero LLP** <br> **7800 N. Milwaukee Avenue** <br> **Niles, IL 60714** | - | | **2010 and prior years** <br> **Corporate Debt** | X | X | X | 45,766.50 |
| Account No. **xxxx-xxxx-xxxx-8693** <br><br> **Capital One** <br> **P.O. Box 85167** <br> **Richmond, VA 23285** | - | | **2009 and prior years** <br> **Corporate Debt** | X | X | X | 5,610.39 |
| Account No. **633** <br><br> **Carr's Honda** <br> **6600 N. Western Ave.** <br> **Chicago, IL 60645** | - | | **2010** <br> **Corporate Debt** | X | X | X | 5,597.33 |
| Account No. <br><br> **Carstar Franchise Systems, Inc.** <br> **8400 W. 110th St., Suite 200** <br> **Overland Park, KS 66210** | - | | **2010 and prior year** <br> **Guaranty of Corporate Debt** | | | | 145,798.75 |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

208,241.67

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Guy Maniscalo, Jr.**                                                                    ,    Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-x5103** <br><br> **Castle Bank** <br> **121 West Lincoln Highway** <br> **DeKalb, IL 60115** | X | - | **2007** <br> **Listed for Notice Purposes** | | | | **0.00** |
| Account No. <br><br> **Castle Bank** <br> **109 W Veterans Parkway** <br> **Yorkville, IL 60560** | | | **Representing:** <br> **Castle Bank** | | | | **Notice Only** |
| Account No. **xxxxxxxxx-x5101** <br><br> **Castle Bank** <br> **121 West Lincoln Highway** <br> **DeKalb, IL 60115** | X | - | **2009** <br> **Listed for Notice Purposes** | | | | **0.00** |
| Account No. **xxxxxxxxxxxxxx1002** <br><br> **Castle Bank** <br> **141 West Lincoln Highway, PO Box 867** <br> **DeKalb, IL 60115** | | - | **2009** <br> **Guaranty of Corporate Debt** | | | | **159,973.04** |
| Account No. **xxxx-xxxx-xxxx-2936** <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | | - | **2009 and prior years** <br> **Periodic Purchases and Cash Advances** | | | | **31,258.06** |

Sheet no. __7___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**191,231.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                      ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael D. Fine, Esq.**<br>**131 South Dearborn Street**<br>**Floor 5**<br>**Chicago, IL 60603** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-3780**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | - | | **2009 and prior years**<br>**Periodic Purchases and Cash Advances** | | | | **9,249.02** |
| Account No.<br><br>**Michael D. Fine, Esq.**<br>**131 South Dearborn Street**<br>**Floor 5**<br>**Chicago, IL 60603** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-8252**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | - | | **2009 and prior years**<br>**Periodic Purchases** | | | | **2,619.95** |
| Account No. **xxxx-xxxx-xxxx-2303**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | - | | **2010 and prior years**<br>**Periodic Purchases** | | | | **55.50** |

Sheet no. __**8**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,924.47**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx1059** | | | **2010** **Corporate Debt** | | | | |
| **Chase** **340 S. Cleveland Ave. Bldg 370** **Westerville, OH 43081** | - | | | X | X | X | 362.07 |
| Account No. **xxx-x0024** | | | **2010** **Corporate Debt** | | | | |
| **Cintas #21** **PO Box #5** **Bedford Park, IL 60499** | | | | X | X | X | 649.92 |
| Account No. **xxx-x1352** | | | **2010** **Corporate Debt** | | | | |
| **Cintas #344** **PO Box 7759** **Romeoville, IL 60446** | - | | | X | X | X | 902.35 |
| Account No. **xxx-x1352** | | | **2010** **Corporate Debt** | | | | |
| **Cintas #769** **1201 W St. Charles Rd.** **Maywood, IL 60153** | - | | | X | X | X | 1,133.72 |
| Account No. | | | | | | | |
| **Transworld Systems Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | Representing: **Cintas #769** | | | | **Notice Only** |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,048.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.** _____ ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2154** <br><br> **Citibank** <br> **PO Box 87126** <br> **Chicago, IL 60680** | - | | **2010** <br> **Corporate Debt** | X | X | X | 17.79 |
| Account No. **xxxx8311** <br><br> **City Auto Wreckers, Inc.** <br> **690 McClure Rd.** <br> **Aurora, IL 60502** | - | | **2009** <br> **Corporate Debt** | X | X | X | 5,595.22 |
| Account No. **x8485** <br><br> **City of Chicago** <br> **Department of Revenue** <br> **121 N. La Salle St., Room 107** <br> **Chicago, IL 60602** | - | | **2010** <br> **Corporate Debt** | X | X | X | 290.00 |
| Account No. **xx-xxx1670** <br><br> **Clean Tech Buffs, Inc.** <br> **2017 Horizon Court** <br> **Zion, IL 60099** | - | | **2009** <br> **Corporate Debt** | X | X | X | 76.66 |
| Account No. **xxxxx xxx 3394** <br><br> **Collision Services** <br> **PO Box 599** <br> **Hudson, IA 50643** | - | | **2009** <br> **Corporate Debt** | X | X | X | 867.00 |

Sheet no. __**10**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **6,846.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxx1003**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | | | 2010 and prior year Corporate Debt | X | X | X | 4,527.78 |
| Account No. **xxxxxxxx2000**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | | | 2010 Corporate Debt | X | X | X | 2,625.71 |
| Account No. **xxxxxx8018**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | | | 2010 Corporate Debt | X | X | X | 6,715.40 |
| Account No. **xxxxxxxxxxx9473**<br><br>Dish<br>Dept. 0063<br>Palatine, IL 60055 | - | | | | 2010 and prior years Corporate Debt | X | X | X | 282.73 |
| Account No.<br><br>CBE Group, Inc.<br>131 Tower Park Drive<br>Suie 100<br>Waterloo, IA 50701 | | | | | Representing: Dish | | | | Notice Only |

Sheet no. __11__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,151.62

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx7477** | | | | | 2010 and prior year Corporate Debt | | | | |
| **Ed Napleton Calumet City Imports, Inc 1985 River Oaks Drive Calumet City, IL 60409** | - | | | | | X | X | X | 354.84 |
| Account No. **7602** | | | | | 2010 Corporate Debt | | | | |
| **Elgin Hyundai 881 East Chicago Street Elgin, IL 60120** | - | | | | | X | X | X | 852.93 |
| Account No. **xxx7477** | | | | | 2010 Corporate Debt | | | | |
| **Elgin Super Auto Parts Inc 270 Willard Ave Elgin, IL 60120** | - | | | | | X | X | X | 55.00 |
| Account No. **1754** | | | | | 2010 Corporate Debt | | | | |
| **Elgin Toyota Scion 1200 E. Chicago Street Elgin, IL 60120** | - | | | | | X | X | X | 166.69 |
| Account No. **xxxxxx8285** | | | | | 2009 Services | | | | |
| **Elmhurst Anesthesia 817 S. Washington St. Elmhurst, IL 60126** | - | | | | | | | | 1,015.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,444.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Medical Business Bureau, LLC** **1175 Devin Drive** **Suite 173** **Norton Shores, MI 49441** | | | Representing: Elmhurst Anesthesia | | | | **Notice Only** |
| Account No. **xxxxxxxx1306** | | - | 2009 Services | | | | |
| **Elmhurst Memorial Hospital** **Patient Accounts** **PO Box 129** **Lombard, IL 60148** | | | | | | | **1,325.00** |
| Account No. | | | 2009 Corporate Debt | | | | |
| **FinishMaster, Inc.** **54 Monument Circle** **Indianapolis, IN 26204** | X | - | | X | X | X | **455,850.06** |
| Account No. | | | | | | | |
| **Barnes & Thornburg** **Attn: Katarzyna Dygas** **One North Wacker Drive, Suite 4400** **Chicago, IL 60606** | | | Representing: FinishMaster, Inc. | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Citibank Legal Services Intake** **One Court Square, 7th Floor** **Long Island City, NY 11120** | | | Representing: FinishMaster, Inc. | | | | **Notice Only** |

Sheet no. __**13**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **457,175.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** ,                                       Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E.I. DuPont de Nemours 245 Spring Lake Drive Itasca, IL 60143** | | | Representing: FinishMaster, Inc. | | | | **Notice Only** |
| Account No. **JP Morgan Chase Bank Court Orders PO Box 183164 Columbus, OH 43218** | | | Representing: FinishMaster, Inc. | | | | **Notice Only** |
| Account No. **First Data Global Leasing 4000 Coral Ridge Drive Coral Springs, FL 33065** | - | | Corporate Lease | X | X | X | **0.00** |
| Account No. **xxxx-xxxx-xxxx-5714** **GE Money Bank Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076** | - | | 2009 and prior years Corporate Debt | X | X | X | **11,985.70** |
| Account No. **xxxx1359** **Glacial Energy of Illinois 650 W. Grand Ave., Suite 201 Elmhurst, IL 60126** | - | | 2010 and prior years Corporate Debt | X | X | X | **5,355.19** |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **17,340.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Guy Maniscalo, Jr.** _____ ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Glacial Energy<br>PO Box 1057<br>Sandwich, MA 02563** | | | | **Representing:<br>Glacial Energy of Illinois** | | | | **Notice Only** |
| Account No.<br><br>**Lockhart, Morris & Montgomery, Inc.<br>833 East Arapaho Road, Suite 210<br>Richardson, TX 75081** | | | | **Representing:<br>Glacial Energy of Illinois** | | | | **Notice Only** |
| Account No. **xxxxxx xxx xxx0054**<br><br>**Hare Towing Service<br>2424 Wisconsin Avenue<br>Downers Grove, IL 60515** | - | | | **2010<br>Corporate Debt** | X | X | X | **419.00** |
| Account No.<br><br>**HealthSource<br>565 North York Road<br>Elmhurst, IL 60126** | - | | | **2009<br>Services** | | | | **1,796.00** |
| Account No. **EL33**<br><br>**Healthsource of Elmhurst<br>565 North York Road<br>Elmhurst, IL 60126** | - | | | **2009<br>Services** | | | | **1,663.00** |

Sheet no. __**15**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,878.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                            ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx2234** | | | **2010** **Corporate Debt** | | | | |
| **Honda of Lisle** **4475 Lincoln Avenue** **Lisle, IL 60532** | - | | | X | X | X | 1,454.24 |
| Account No. **xxx180W** | | | **2010** **Corporate Debt** | | | | |
| **Illinois Fire and Safety Company** **702 S. Rohlwing Rd.** **Addison, IL 60101** | - | | | X | X | X | 825.87 |
| Account No. **xx8491** | | | **2010** **Corporate Debt** | | | | |
| **Information Services Inc** **222 Merchandise Mart Suite 900** **Chicago, IL 60654** | - | | | X | X | X | 1,198.00 |
| Account No. **TYCAR** | | | **2010** **Corporate Debt** | | | | |
| **International Exterminator Co.** **100 Lively Blvd** **Elk Grove Village, IL 60007** | - | | | X | X | X | 225.00 |
| Account No. **3580** | | | **2010** **Corporate Debt** | | | | |
| **Interstate Battery System of Metro Chi** **PO Box 297** **Wood Dale, IL 60191** | - | | | X | X | X | 168.90 |

Sheet no. __16__ of __26__ sheets attached to Schedule of                                    Subtotal                3,872.01
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Guy Maniscalo, Jr.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx9653** <br><br> **Keystone Automotive Industries, Inc 3327 West 47th Place Chicago, IL 60632** | - | | | **2010 Corporate Debt** | X | X | X | **9,257.91** |
| Account No. <br><br> **Kflip John Kosich c/o Gva Williams 1011 E. Touhy #290 Des Plaines, IL 60018** | - | | | Listed for Notice Purposes | X | X | X | **0.00** |
| Account No. <br><br> **Freedman, Anselmo Lindberg & Rappe 1807 West Diehl Suite 333 Naperville, IL 60566** | - | | | **Representing: Kflip** | | | | **Notice Only** |
| Account No. **x5648** <br><br> **Larry Roesch 200 W. Grand Ave. Elmhurst, IL 60126** | - | | | **2010 and prior years Corporate Debt** | X | X | X | **2,996.23** |
| Account No. **2904** <br><br> **Dr. Robert Marini 7110 W 127th Street, Suite 110 Palos Heights, IL 60463** | - | | | **2010 Professional Services** | | | | **3,534.46** |

Sheet no. __17__ of __26__ sheets attached to Schedule of    Subtotal    | **15,788.60** |
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** _____,  Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx2137** <br><br> **Marlin Leasing** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | - | | | **2010** <br> **Guaranty of Corporate Lease** | | | | **1,090.88** |
| Account No. **xxxx-x6215** <br><br> **McGrath Lexus** <br> **1250 W Division St** <br> **Chicago, IL 60642** | - | | | **2010** <br> **Corporate Debt** | X | X | X | **107.73** |
| Account No. **xxxx-x0070** <br><br> **Midway Dodge, Inc. II** <br> **4747 S. Pulaski Rd** <br> **Chicago, IL 60632** | - | | | **2010 and prior year** <br> **Corporate Debt** | X | X | X | **6,577.96** |
| Account No. **xxxxx xxx xx9992** <br><br> **Mitchell International Inc.** <br> **9889 Willow Creek Road** <br> **San Diego, CA 92131** | - | | | **2010 and prior years** <br> **Corporate Debt** | X | X | X | **4,847.49** |
| Account No. <br><br> **Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | | | | **Representing:** <br> **Mitchell International Inc.** | | | | **Notice Only** |

Sheet no. __**18**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,624.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                           , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Corporate Debt | | | | |
| **Morrison's Auto Parts** **6307 State Road 59 West** **Edgerton, WI 53534** | - | | | | | X | X | X | 1,300.00 |
| Account No. **5960** | | | | | 2009 Corporate Debt | | | | |
| **Nadig Newspapers** **4937 N. Milwaukee Ave.** **Chicago, IL 60630** | - | | | | | X | X | X | 1,905.00 |
| Account No. **xxxxxxx7477** | | | | | 2010 Corporate Debt | | | | |
| **Napleton's River Oaks** **17225 Torrence Avenue** **Lansing, IL 60438** | - | | | | | X | X | X | 3,371.33 |
| Account No. | | | | | Representing: Napleton's River Oaks | | | | |
| **TekCollect** **PO Box 1269** **Columbus, OH 43216** | | | | | | | | | Notice Only |
| Account No. **xxxx-xx0326** | | | | | 2010 Corporate Debt | | | | |
| **Napleton's Schaumburg Mazda** **110 W. Golf Road** **Schaumburg, IL 60185** | - | | | | | X | X | X | 747.61 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,323.94 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Guy Maniscalo, Jr.**                                                                    ,        Case No. _____

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Kuntz & Kuntz**<br>**900 E. Northwestern Hwy.**<br>**Mount Prospect, IL 60056** | | | **Representing:**<br>**Napleton's Schaumburg Mazda** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 1428** | | | **2010 and prior years**<br>**Corporate Debt** | | | | |
| **Neofunds by Neopost**<br>**PO Box 30193**<br>**Tampa, FL 33630** | - | | | X | X | X | 523.89 |
| Account No. **xx-xx-xx-0001** | | | **2010**<br>**Corporate Debt** | | | | |
| **Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | - | | | X | X | X | 2,699.25 |
| Account No. | | | | | | | |
| **NCO Financial System, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Representing:**<br>**Nicor Gas** | | | | **Notice Only** |
| Account No. **xxx-x9772** | | | **2010**<br>**Corporate Debt** | | | | |
| **North Shore Auto Group**<br>**1350 Park Avenue West**<br>**Highland Park, IL 60035** | - | | | X | X | X | 1,398.44 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,621.58**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3515** | | | | | **2009 and prior years** **Corporate Debt** | | | | |
| **Office Depot Credit Plan** **PO Box 653031** **Dallas, TX 76265** | | - | | | | X | X | X | |
| | | | | | | | | | **2,845.14** |
| Account No. | | | | | | | | | |
| **Office Depot Credit Plan** **P.O. Box 9020** **Des Moines, IA 50368-9020** | | | | | **Representing:** **Office Depot Credit Plan** | | | | **Notice Only** |
| Account No. **x7674** | | | | | **2010** **Corporate Debt** | | | | |
| **Patrick BMW** **700 East Golf Road** **Schaumburg, IL 60173** | | - | | | | X | X | X | |
| | | | | | | | | | **9,004.57** |
| Account No. **x0691** | | | | | **2010** **Corporate Debt** | | | | |
| **Praxair** **39 Old Ridgebury Road** **Danbury, CT 06810** | | - | | | | X | X | X | |
| | | | | | | | | | **2,917.96** |
| Account No. **xxxxx8291** | | | | | **2006** **Guaranty of Corporate Debt** | | | | |
| **Republic Bank** **5700 N. Central Avenue** **Chicago, IL 60646** | X | - | | | | X | X | X | |
| | | | | | | | | | **893,853.06** |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**908,620.73**

B6F (Official Form 6F) (12/07) - Cont.

In re **Guy Maniscalo, Jr.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **FDIC** 40 Pacifica, Suite 1000 Irvine, CA 92618 | | | | Representing: Republic Bank | | | | Notice Only |
| Account No. xxxxx5640 **Republic Bank** 5700 N. Central Avenue Chicago, IL 60646 | X | - | | 2004 Guaranty of Corporate Debt | X | X | X | 404,283.86 |
| Account No. **FDIC** 40 Pacifica, Suite 1000 Irvine, CA 92618 | | | | Representing: Republic Bank | | | | Notice Only |
| Account No. xxxxx0172 **Republic Bank** 5700 N. Central Avenue Chicago, IL 60646 | X | - | | 2008 Guaranty of Corporate Debt | X | X | X | 59,950.00 |
| Account No. **FDIC** 40 Pacifica, Suite 1000 Irvine, CA 92618 | | | | Representing: Republic Bank | | | | Notice Only |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

464,233.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.** ,                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx7517 | | | 2005 Guananty of Corporate Debt | | | | |
| Republic Bank 5700 N. Central Avenue Chicago, IL 60646 | X | - | | X | X | X | 17,278.29 |
| Account No. | | | Representing: Republic Bank | | | | |
| FDIC 40 Pacifica, Suite 1000 Irvine, CA 92618 | | | | | | | Notice Only |
| Account No. x1001 | | | 2010 Corporate Debt | | | | |
| Rex Radiator Sales and Dist. 483 Evergreen Bensenville, IL 60106 | | - | | X | X | X | 562.45 |
| Account No. xx8264 | | | 2010 Corporate Debt | | | | |
| RPW Headlamps 1809 N. 9th Street PO Box 125 Indianola, IA 50125 | | - | | X | X | X | 1,883.00 |
| Account No. xxxxxx xxx xxx1850 | | | 2010 Corporate Debt | | | | |
| Safety Kleen 5360 Legacy Drive Plano, TX 75024 | | - | | X | X | X | 751.00 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,474.74

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Guy Maniscalo, Jr.**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daniel Sulaski** <br> **2233 N. 78th Ave** <br> **Elmwood Park, IL 60707** | - | | **2002** <br> **Corporate Debt** | X | X | X | **32,000.00** |
| Account No. **xxxxxx9304** <br><br> **Swedish Emergency Assoc** <br> **c/o Medical Business Bureau LLC** <br> **1175 Devin Dr, Suite 173** <br> **Norton Shores, MI 49441** | - | | **2010** <br> **Corporate Debt** | | | | **1,044.00** |
| Account No. **xxxx-xxxx-xxxx-9102** <br><br> **Target National Bank** <br> **c/o Target Credit Services** <br> **PO Box 1581** <br> **Minneapolis, MN 55450-1581** | | | **2009 and prior years** <br> **Periodic Purchases** | | | | **4,522.95** |
| Account No. <br><br> **National Enterprise Systems** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | **Representing:** <br> **Target National Bank** | | | | **Notice Only** |
| Account No. **xxx7477** <br><br> **The Autobarn** <br> **1015 Chicago Avenue** <br> **Evanston, IL 60202** | - | | **2010** <br> **Corporate Debt** | X | X | X | **1,114.98** |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,681.93**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Guy Maniscalo, Jr.**                                          ,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Trinity Vendor Finance** 475 Sansome Street, 19th Floor San Francisco, CA 94111 | - | | | | 2007 Guaranty of Corporate Lease | | | | 0.00 |
| Account No. **Trinity Vendor Finance** PO Box 515487 Los Angeles, CA 90051 | | | | | Representing: Trinity Vendor Finance | | | | Notice Only |
| Account No. xxx9127 **Urban Real Estate Research** 316 N. Michigan Avenue Concourse Level CL-20 Chicago, IL 60601 | - | | | | 2009 Corporate Debt | | | | 2,000.00 |
| Account No. xxxxxx581-8 **Veolia** 4612 W. Lake Street Melrose Park, IL 60160 | - | | | | 2010 Corporate Debt | X | X | X | 727.69 |
| Account No. xxxx4157 **Vision Service Plan** 3333 Quality Drive Rancho Cordova, CA 95670 | - | | | | 2010 Corporate Debt | X | X | X | 663.00 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,390.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Guy Maniscalo, Jr.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xx2234**<br><br>**Volvo of Lisle**<br>**4375 Lincoln Avenue**<br>**Lisle, IL 60532** | - | | | | 2010<br>Corporate Debt | X | X | X | 472.52 |
| Account No.<br><br>**We Wash Car Wash**<br>**4660 West Lawrence**<br>**Chicago, IL 60630** | - | | | | 2009<br>Corporate Debt | X | X | X | 7,096.05 |
| Account No.<br><br>**Timothy M. Gallagher**<br>**134 North LaSalle Street, Suite 1810**<br>**Chicago, IL 60602** | | | | | Representing:<br>We Wash Car Wash | | | | Notice Only |
| Account No.<br><br>**Larry J. Wolfe, Ltd.**<br>**9933 Lawler Avenue**<br>**Suite 208**<br>**Skokie, IL 60077** | - | | | | Listed for Notice Purposes | | | | 0.00 |
| Account No. **xxx0161**<br><br>**Wurth**<br>**93 Grant Street**<br>**Ramsey, NJ 07446** | - | | | | 2010<br>Corporate Debt | X | X | X | 896.71 |

| | | |
|---|---|---|
| Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 8,465.28 |
| | Total<br>(Report on Summary of Schedules) | 2,549,550.32 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Guy Maniscalo, Jr.**                                                    ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Guy Maniscalo, Jr.**                                                                    Case No. _____

_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Avondale/Orsahl Carstar**<br>**4860 N. Elston**<br>**Chicago, IL 60630** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Frances Maniscalo**<br>**132 Arrowwood**<br>**Northbrook, IL 60062** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Frances Maniscalo**<br>**132 Arrowwood**<br>**Northbrook, IL 60062** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Frances Maniscalo**<br>**132 Arrowwood**<br>**Northbrook, IL 60062** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Frances Maniscalo**<br>**132 Arrowwood**<br>**Northbrook, IL 60062** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Frances Maniscalo**<br>**132 Arrowwood**<br>**Northbrook, IL 60062** | **Castle Bank**<br>**121 West Lincoln Highway**<br>**DeKalb, IL 60115** |
| **Philip Maniscalo**<br>**4 Crenshaw Court**<br>**Bolingbrook, IL 60490** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Philip Maniscalo**<br>**4 Crenshaw Court**<br>**Bolingbrook, IL 60490** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Philip Maniscalo**<br>**4 Crenshaw Court**<br>**Bolingbrook, IL 60490** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Philip Maniscalo**<br>**4 Crenshaw Court**<br>**Bolingbrook, IL 60490** | **Republic Bank**<br>**5700 N. Central Avenue**<br>**Chicago, IL 60646** |
| **Philip Maniscalo**<br>**4 Crenshaw Court**<br>**Bolingbrook, IL 60490** | **Castle Bank**<br>**121 West Lincoln Highway**<br>**DeKalb, IL 60115** |

1

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Guy Maniscalo, Jr.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sharon E Maniscalo**<br>**13021 Rolling Meadow Drive**<br>**Lemont, IL 60439** | **Chase**<br>**ATTN: Home Equity Loan Servicing**<br>**P.O. Box 24714**<br>**Columbus, OH 43224** |
| **Tom Young Auto Body, Inc.**<br>**180 West Lake Street**<br>**Elmhurst, IL 60126** | **FinishMaster, Inc.**<br>**54 Monument Circle**<br>**Indianapolis, IN 26204** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   Guy Maniscalo, Jr.                                      Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son<br>Daughter | AGE(S):<br>18<br>6<br>8 | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Owner/Operator | Homemaker |
| Name of Employer | Avondale/Orsahl Auto Body, Inc. | |
| How long employed | 32 years | |
| Address of Employer | 4860 N. Elston<br>Chicago, IL 60630 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 5,416.67 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 5,416.67 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 919.58 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 919.58 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,497.09 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,497.09 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,497.09 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Guy Maniscalo, Jr.                                          Case No. _____
_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,371.74 |
|    a. Are real estate taxes included?      Yes  X      No ___ | |
|    b. Is property insurance included?      Yes  X      No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 405.00 |
|             b. Water and sewer | $ 70.00 |
|             c. Telephone | $ 58.00 |
|             d. Other   See Detailed Expense Attachment | $ 513.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 240.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 68.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $ 0.00 |
|         b. Life | $ 465.67 |
|         c. Health | $ 0.00 |
|         d. Auto | $ 192.00 |
|         e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|      (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto | $ 242.93 |
|         b. Other   Chase Home Equity Mortgage | $ 388.90 |
|         c. Other   Honda Payment | $ 383.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   See Detailed Expense Attachment | $ 875.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 7,073.24 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 4,497.09 |
| b.   Average monthly expenses from Line 18 above | $ 7,073.24 |
| c.   Monthly net income (a. minus b.) | $ -2,576.15 |

**B6J (Official Form 6J) (12/07)**

In re   Guy Maniscalo, Jr. _____                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Satellite | $ | 91.00 |
| Cell Phones | $ | 285.00 |
| Waste | $ | 72.00 |
| Internet | $ | 65.00 |
| **Total Other Utility Expenditures** | $ | 513.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| School Tuition | $ | 325.00 |
| Misc. Sundries & Grooming | $ | 150.00 |
| Wife's Debt Expenses | $ | 400.00 |
| **Total Other Expenditures** | $ | 875.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Guy Maniscalo, Jr.                           Case No.                      
                                     Debtor(s)                  Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    45    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 22, 2010                       Signature    /s/ Guy Maniscalo, Jr.                      
                                                             Guy Maniscalo, Jr.
                                                             Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Guy Maniscalo, Jr.                          Case No. _____

                                          Debtor(s)          Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None   ☐

       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $78,039.00 | 2008: Wages (combined with wife) |
| $49,140.00 | 2009: Wages |
| $26,700.00 | 2010: Wages |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $16,865.00 | 2008: Interest - $1,695.00; IRA - $15,170.00 |
| $47,524.45 | 2010: Unemployment Income - $3,892.00 ; IRA Distribution - $43,632.45 |

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

   a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of America Home Loans Attn:  Customer Service P.O. Box 5170 Simi Valley, CA 93062-5170 | 7/10, 8/10, 9/10 | $7,114.00 | $317,165.73 |

None ■   c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chase Bank v. Guy Maniscalo, Case No. 2010 M1 149398 | Contract | Circuit Court of Cook County, Chicago, Illinois | Judgment |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Castle Bank, N.A. v. Guy Maniscalo, et. al., Case No. 10 CH 561 | Foreclosure | Circuit Court of the 18th Judicial Circuit, DuPage, Illinois | Dismissed |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9.  Payments related to debt counseling or bankruptcy

None ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | Avondale Carstar and Carstar Elmhurst - first payment on 4/13/10 | $3,500.00 |

### 10.  Other transfers

None ☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Top Dog Retreat, Series 1 LLC<br>469 Oak Street<br>Elmhurst, IL 60126<br>none | 8/27/2010 | 180 W. Lake Street, Elmhurst, Illinois (Debtor's 50% Equitable Interest in Castle Bank N.A. Trust #2022 holding real property) - Release of Castle Bank liens |

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP Morgan Chase Bank, NA<br>PO Box 260180<br>Baton Rouge, LA 70826-0180 | Chase Checking Account ending 3138 (joint with wife and daughter) | removed from account 6/2010 |
| JP Morgan Chase Bank, NA<br>PO Box 260180<br>Baton Rouge, LA 70826-0180 | Chase Checking Account ending 3038 (joint with wife and daughter) | removed from account 6/2010 |
| JP Morgan Chase Bank, NA<br>PO Box 260180<br>Baton Rouge, LA 70826-0180 | Chase Checking Account ending 9754 (joint with wife) | removed from account 6/2010 |
| Castle Bank<br>121 W. Lincoln Hwy.<br>DeKalb, IL 60115 | Land Trust No. 2022 - holding real property transferred on 8/27/2010 | 8/25/2010 |

5

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| State Farm Mutual Funds 700 17th Street, Suite 300 Denver, CO 80202 | Avondale/Orsahl 401(K) P/S ending 7689 - $0 | $43,632.45 - 3/2010 |
| Citibank P.O. Box 209012 Brooklyn, NY 11220-9012 | Citibank Checking Account ending 7294 - $0.00 | $0.00 - 8/2010 |

### 12. Safe deposit boxes

**None**
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

**None**
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

**None**
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

**None**
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

**None**
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| T.Y.A.B.I., Company | 36-4405937 | 180 W Lake Street Elmhurst, IL 60126 | Auto Body Repair | 10/1990 - 6/2010 |
| Avondale/Orsahl Auto Body, Inc. | 36-2871314 | 4860 N. Elston Avenue Chicago, IL 60630 | Auto Body Repair | 5/1976 - present |
| DPG Partnership | 36-4424222 | 4860 N. Elston Chicago, IL 60630 | Real Estate Holding | 2005 - present |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Callero & Callero, LLP<br>7800 N. Milwaukee Avenue<br>Niles, IL 60714 | 2008 - 2009 |
| Larry J. Wolfe, Ltd.<br>9933 Lawler Avenue<br>Suite 208<br>Skokie, IL 60077 | 2010 |
| Advanced Financial Services<br>168 Lake Street<br>Elmhurst, IL 60126 | 2009 - present |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                  ADDRESS             DATES SERVICES RENDERED

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Advanced Financial Services<br>General Books and Records | 168 East Lake Street<br>Elmhurst, IL 60126 |
| Larry J. Wolfe, Ltd.<br>Tax Records and General Business Records | 9933 Lawler Avenue<br>Suite 208<br>Skokie, IL 60077 |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                  DATE ISSUED

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY<br>                                                        (Specify cost, market or other basis)

8

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME | ADDRESS | DATE OF WITHDRAWAL

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS | TITLE | DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### 25. Pension Funds.

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   September 22, 2010                          Signature   /s/ Guy Maniscalo, Jr.

                                                               Guy Maniscalo, Jr.

                                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Guy Maniscalo, Jr. _____   Case No. _____

Debtor(s)                Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| American Honda Finance Corporation | 2009 Honda Civic |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America Home Loans | 13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>Chase | **Describe Property Securing Debt:**<br>13021 Rolling Meadows Drive, Lemont, Illinois - Single Family Home |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2007 Toyota Rav 4 |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  September 22, 2010                    Signature  /s/ Guy Maniscalo, Jr.
                                                       Guy Maniscalo, Jr.
                                                       Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   Guy Maniscalo, Jr.                                              Case No.

                                      Debtor(s)        Chapter      7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a minimum fee of | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00* |

*Plus additional amounts per hourly fee schedule for services rendered.

2.   The source of the compensation paid to me was:

      ☐ Debtor    ☒ Other (specify):   Avondale-Carstar and Carstar Elmhurst

3.   The source of compensation to be paid to me is:

      ☒ Debtor    ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
       All services required by the Chapter 7 Debtor.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: None.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   September 22, 2010

                                          Gregory K. Stern 6183380
                                          Gregory K. Stern, P.C.
                                          53 West Jackson Boulevard
                                          Suite 1442
                                          Chicago, IL 60604
                                        (312) 427-1558  Fax: (312) 427-1289

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Guy Maniscalo, Jr.                                    Case No.
                              Debtor(s)              Chapter      7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Guy Maniscalo, Jr.                          X  /s/ Guy Maniscalo, Jr.              September 22, 2010
Printed Name(s) of Debtor(s)                   Signature of Debtor              Date

Case No. (if known) _____     X  _____
                                               Signature of Joint Debtor (if any)   Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Guy Maniscalo, Jr.

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    127

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 22, 2010

/s/ Guy Maniscalo, Jr.
Guy Maniscalo, Jr.
Signature of Debtor

Accident Fund Insurance Comp.
232 S. Capital Avenue
PO Box 40790
Lansing, MI 48901-7990


ADT Security Services, Inc.
14200 E Exposition Avenue
Aurora, CO 80012-2540


ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250


Advanced Financial Services
168 East Lake Street
Elmhurst, IL 60126


AdvanceMe, Inc.
2015 Vaughn Road, Bldg. 500
Kennesaw, GA 30144


Advocate Good Samaritan Hospital
Patient Billing
3815 Highland Avenue
Downers Grove, IL 60515


Al Piemonte Ford Sales, Inc.
2500 North Avenue
Melrose Park, IL 60160


American Express
PO Box 981535
El Paso, TX 79998-1535


American Honda Finance Corporation
PO Box 168088
Irving, TX 75016


Aquatic Affects
660 Greenview Lane
Wheeling, IL 60090


Aquatic Effects
PO Box 6291
Buffalo Grove, IL 60089

Arrow Capital Corporation
1720 Crete Street, Suite A
Moberly, MO 65270


AT&T
PO Box 8212
Aurora, IL 60572-8212


Athletico
709 Enterprise Drive
Oak Brook, IL 60523


Audatex
4215 Solutions Center
Chicago, IL 60677


Auto Glass Master/Trim
4520 N. Elston Ave.
Chicago, IL 60630


Auto-Wares Group of Companies
440 Kirtland S.W.
Grand Rapids, MI 49507


Automart International, Inc.
1200C. N. Greenbriar Drive
Addison, IL 60101


Bacher Computer Solutions
PO Box 6155
Wauconda, IL 60084


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America Home Loans
Attn: Customer Service
P.O. Box 5170
Simi Valley, CA 93062-5170


Barnes & Thornburg
Attn: Katarzyna Dygas
One North Wacker Drive, Suite 4400
Chicago, IL 60606

Barr Management
6408 North Western Avenue
Chicago, IL 60645


BASF Capital Corporation
100 Campus Drive
Florham Park, NJ 07932


Bill Jacobs Joliet, LLC
2001 W. Jefferson St
Joliet, IL 60435


Bob Rohrman Toyota Scion
550 E Ogden Avenue
Westmont, IL 60559


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Callero & Callero LLP
7800 N. Milwaukee Avenue
Niles, IL 60714


Capital One
P.O. Box 85167
Richmond, VA 23285


Carr's Honda
6600 N. Western Ave.
Chicago, IL 60645


Carstar Franchise Systems, Inc.
8400 W. 110th St., Suite 200
Overland Park, KS 66210


Castle Bank
121 West Lincoln Highway
DeKalb, IL 60115


Castle Bank
141 West Lincoln Highway, PO Box 867
DeKalb, IL 60115

Castle Bank
109 W Veterans Parkway
Yorkville, IL 60560


CBE Group, Inc.
131 Tower Park Drive
Suie 100
Waterloo, IA 50701


Chase
ATTN: Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH 43224


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
340 S. Cleveland Ave. Bldg 370
Westerville, OH 43081


Cintas #21
PO Box #5
Bedford Park, IL 60499


Cintas #344
PO Box 7759
Romeoville, IL 60446


Cintas #769
1201 W St. Charles Rd.
Maywood, IL 60153


Citibank
PO Box 87126
Chicago, IL 60680


Citibank Legal Services Intake
One Court Square, 7th Floor
Long Island City, NY 11120


City Auto Wreckers, Inc.
690 McClure Rd.
Aurora, IL 60502

City of Chicago
Department of Revenue
121 N. La Salle St., Room 107
Chicago, IL 60602


Clean Tech Buffs, Inc.
2017 Horizon Court
Zion, IL 60099


Collision Services
PO Box 599
Hudson, IA 50643


ComEd Co
Attn:Bankruptcy Section/Revenue Manage
2100 Swift Drive
Oak Brook, IL 60523-1559


Dish
Dept. 0063
Palatine, IL 60055


E.I. DuPont de Nemours
245 Spring Lake Drive
Itasca, IL 60143


Ed Napleton Calumet City Imports, Inc
1985 River Oaks Drive
Calumet City, IL 60409


Elgin Hyundai
881 East Chicago Street
Elgin, IL 60120


Elgin Super Auto Parts Inc
270 Willard Ave
Elgin, IL 60120


Elgin Toyota Scion
1200 E. Chicago Street
Elgin, IL 60120


Elmhurst Anesthesia
817 S. Washington St.
Elmhurst, IL 60126

Elmhurst Memorial Hospital
Patient Accounts
PO Box 129
Lombard, IL 60148


ER Solutions, Inc.
800 SW 39th Street
PO Box 9004
Renton, WA 98057


FDIC
40 Pacifica, Suite 1000
Irvine, CA 92618


Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263-0778


FinishMaster, Inc.
54 Monument Circle
Indianapolis, IN 26204


First Data Global Leasing
4000 Coral Ridge Drive
Coral Springs, FL 33065


Freedman, Anselmo Lindberg & Rappe
1807 West Diehl
Suite 333
Naperville, IL 60566


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


Glacial Energy
PO Box 1057
Sandwich, MA 02563


Glacial Energy of Illinois
650 W. Grand Ave., Suite 201
Elmhurst, IL 60126

Hare Towing Service
2424 Wisconsin Avenue
Downers Grove, IL 60515


HealthSource
565 North York Road
Elmhurst, IL 60126


Healthsource of Elmhurst
565 North York Road
Elmhurst, IL 60126


Honda of Lisle
4475 Lincoln Avenue
Lisle, IL 60532


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Fire and Safety Company
702 S. Rohlwing Rd.
Addison, IL 60101


Information Services Inc
222 Merchandise Mart Suite 900
Chicago, IL 60654


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Associated Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606-5208


International Exterminator Co.
100 Lively Blvd
Elk Grove Village, IL 60007

Interstate Battery System of Metro Chi
PO Box 297
Wood Dale, IL 60191


JP Morgan Chase Bank Court Orders
PO Box 183164
Columbus, OH 43218


Keystone Automotive Industries, Inc
3327 West 47th Place
Chicago, IL 60632


Kflip
John Kosich c/o Gva Williams
1011 E. Touhy #290
Des Plaines, IL 60018


Kuntz & Kuntz
900 E. Northwestern Hwy.
Mount Prospect, IL 60056


Larry Roesch
200 W. Grand Ave.
Elmhurst, IL 60126


Law Office of Howard Weisman
12 South State Street, Suite 200
Chicago, IL 60603


Lazer Auto Parts
704 N. Addison Road
Villa Park, IL 60181


Lockhart, Morris & Montgomery, Inc.
833 East Arapaho Road, Suite 210
Richardson, TX 75081


Dr. Robert Marini
7110 W 127th Street, Suite 110
Palos Heights, IL 60463


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

McGrath Lexus
1250 W Division St
Chicago, IL 60642


Medical Business Bureau, LLC
1175 Devin Drive
Suite 173
Norton Shores, MI 49441


Michael D. Fine, Esq.
131 South Dearborn Street
Floor 5
Chicago, IL 60603


Midway Dodge, Inc. II
4747 S. Pulaski Rd
Chicago, IL 60632


Mitchell International Inc.
9889 Willow Creek Road
San Diego, CA 92131


Morrison's Auto Parts
6307 State Road 59 West
Edgerton, WI 53534


Nadig Newspapers
4937 N. Milwaukee Ave.
Chicago, IL 60630


Napleton's River Oaks
17225 Torrence Avenue
Lansing, IL 60438


Napleton's Schaumburg Mazda
110 W. Golf Road
Schaumburg, IL 60185


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044

Neofunds by Neopost
PO Box 30193
Tampa, FL 33630


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


North Shore Auto Group
1350 Park Avenue West
Highland Park, IL 60035


Office Depot Credit Plan
PO Box 653031
Dallas, TX 76265


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368-9020


Patrick BMW
700 East Golf Road
Schaumburg, IL 60173


Praxair
39 Old Ridgebury Road
Danbury, CT 06810


Receivable Management Services
1250 E. Diehl Road, Suite 300
Naperville, IL 60563


Republic Bank
5700 N. Central Avenue
Chicago, IL 60646


Rex Radiator Sales and Dist.
483 Evergreen
Bensenville, IL 60106


RPW Headlamps
1809 N. 9th Street
PO Box 125
Indianola, IA 50125

Safety Kleen
5360 Legacy Drive
Plano, TX 75024


Daniel Sulaski
2233 N. 78th Ave
Elmwood Park, IL 60707


Swedish Emergency Assoc
c/o Medical Business Bureau LLC
1175 Devin Dr, Suite 173
Norton Shores, MI 49441


Target National Bank
c/o Target Credit Services
PO Box 1581
Minneapolis, MN 55450-1581


TekCollect
PO Box 1269
Columbus, OH 43216


The Autobarn
1015 Chicago Avenue
Evanston, IL 60202


Timothy M. Gallagher
134 North LaSalle Street, Suite 1810
Chicago, IL 60602


Transworld Systems Inc.
1375 East Woodfield Road #110
Schaumburg, IL 60173


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


Trinity Vendor Finance
475 Sansome Street, 19th Floor
San Francisco, CA 94111


Trinity Vendor Finance
PO Box 515487
Los Angeles, CA 90051

United Recovery Systems
5800 North Course Drive
Houston, TX 77072


Urban Real Estate Research
316 N. Michigan Avenue
Concourse Level CL-20
Chicago, IL 60601


Veolia
4612 W. Lake Street
Melrose Park, IL 60160


Vision Service Plan
3333 Quality Drive
Rancho Cordova, CA 95670


Volvo of Lisle
4375 Lincoln Avenue
Lisle, IL 60532


We Wash Car Wash
4660 West Lawrence
Chicago, IL 60630


Larry J. Wolfe, Ltd.
9933 Lawler Avenue
Suite 208
Skokie, IL 60077


Wurth
93 Grant Street
Ramsey, NJ 07446